ULYSSES S. LITTLEFIELD *vs.* NEWPORT WATER COMPANY.

County of Penobscot. Decided May 23, 1914. An action on the case to recover damages alleged to have been sustained by plaintiff to his properties, by reason of the negligence of the defendant corporation. Plea, general issue. The jury returned a verdict for

plaintiff of $700. Defendant filed a general motion for new trial. Motion sustained. *F. W. Halliday,* for plaintiff. *W. H. Mitchell and John E. Nelson,* for defendant.